UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOSEPH M. JOHNSON,

        Petitioner,

Case No. 1:24-cv-372

v.

Honorable Ray Kent

GARY MINIARD,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion to appoint counsel (ECF No. 4) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated: April 26, 2024        /s/ Ray Kent
                                                                   Ray Kent
                                                                   United States Magistrate Judge